AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>JONATHAN ROBERT RISSE-SANTOS )<br>*Defendant* ) | Case No. 2:21-mj-00283-EJY |

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
APR 0 1 2021
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: ___ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach, U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | April 2, 2021 at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 1, 2021

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*