**DANIEL F. LIPPMANN, ESQ.**
Nevada Bar No. 11636
**LIPP LAW LLC**
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 745-4700
Daniel@lipplaw.vegas
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>JONATHAN RISSE-SANTOS,<br><br>　　　　Defendant. | DOCKET NO: 0978 2:22CR00031-001<br><br>**STIPULATION TO CONTINUE<br>SENTENCING<br>(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Daniel F. Lippmann, Esq., counsel for Defendant, JONATHAN RISSE-SANTOS, that the preliminary hearing presently scheduled for June 1, 2022, be vacated and continued to a time convenient to the Court but no sooner than 45 days.

This Stipulation is entered into for the following reasons:

1. Sentencing is currently scheduled for June 1, 2022. A Presentence Investigation Report has been prepared and disseminated to the parties; however, counsel for Mr. Risse-Santos has been unable to schedule an in-person visit to thoroughly review the report. Counsel currently has a visit scheduled for May 31, 2022.
2. Mr. Risse-Santos is in custody and does not object to the continuance.
3. Furthermore, denial of this request for continuance could result in a miscarriage of justice.
4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 16th day of May, 2022

| | |
|---|---|
| s/Supriya Prasad | s/Daniel F. Lippmann |
| SUPRIYA PRASAD, ESQ. | DANIEL F. LIPPMANN, ESQ. |
| Assistant United States Attorney | Nevada Bar No. 11636 |
| | *Attorney for Defendant* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JONATHAN RISSE-SANTOS,<br><br>Defendant. | DOCKET NO: 0978 2:22CR00031-001<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

   IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on June 1, 2022, be vacated and continued to August 3, 2022, at the hour of 11:00 a.m. in Las Vegas courtroom 6C.

   DATED this 17th day of May, 2022.

_____
District Judge Andrew P. Gordon