JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:22-CR-00031-APG-BNW |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| JONATHAN ROBERT RISSE-SANTOS, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Supriya Prasad, Assistant United States Attorney, representing the United States of America, and Daniel Lippman, Esq., representing Defendant Jonathan Robert Risse-Santos, that the sentencing scheduled for August 3, 2022 at 11:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the government will be on leave on August 3, 2022.

2. The defendant is currently in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Accordingly, the parties respectfully request a continuance of at least seven (7) days.

This is the second stipulation to continue the sentencing filed herein.

Dated this 7th day of July, 2022.

JASON M. FRIERSON
United States Attorney

By: /s/ *Supriya Prasad*　　　　　　By: /s/ *Daniel Lippman*
SUPRIYA PRASAD　　　　　　　　　　DANIEL LIPPMAN, ESQ.
Assistant United States Attorney　　Counsel for Defendant Jonathan Robert Risse-Santos

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:22-CR-00031-APG-BNW |
| v. | **ORDER** |
| JONATHAN ROBERT RISSE-SANTOS, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the sentencing currently scheduled for August 3, 2022 at the hour of 11:00 a.m., be vacated and continued to August 17, 2022 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 11th day of July 2022.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE