**DANIEL F. LIPPMANN, ESQ.**
Nevada Bar No. 11636
**LIPP LAW LLC**
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 745-4700
Daniel@lipplaw.vegas
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) DOCKET NO: 2:22-CR-00031-APG-BNW |
| | ) **STIPULATION TO CONTINUE SENTENCING** |
| JONATHAN RISSE-SANTOS, | ) **(Third Request)** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Daniel F. Lippmann, Esq., counsel for Defendant, JONATHAN RISSE-SANTOS, that the preliminary hearing presently scheduled for August 17, 2022, be vacated and continued to a time convenient to the Court but no sooner than 60 days.

This Stipulation is entered into for the following reasons:

1. Sentencing is currently scheduled for August 17, 2022. In a recent physical examination of Mr. Risse-Santos at the detention center has revealed a physical condition that needs special monitoring, follow up examinations and potential further treatment.

2. Mr. Risse-Santos is in custody and requested this continuance to avoid a lapse in monitoring, and treatment.

3. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

4. The parties agree to the continuance.

5. This is the Third request for a continuance.

DATED this 8th day of August, 2022

| s/Supriya Prasad | s/Daniel F. Lippmann |
|---|---|
| SUPRIYA PRASAD, ESQ. | DANIEL F. LIPPMANN, ESQ. |
| Assistant United States Attorney | Nevada Bar No. 11636 |
| | *Attorney for Defendant* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> JONATHAN RISSE-SANTOS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | DOCKET NO: 2:22-CR-00031-APG-BNW <br><br> **ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on August 17, 2022, be vacated and continued to November 1, 2022, at the hour of 10:30 a.m. in Las Vegas Courtroom 6C.

    DATED this 12th day of August, 2022.

_____
District Judge Andrew P. Gordon