**DANIEL F. LIPPMANN, ESQ.**
Nevada Bar No. 11636
**LIPP LAW LLC**
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 745-4700
Daniel@lipplaw.vegas
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO: 2:22-CR-00031-APG-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| JONATHAN RISSE-SANTOS, | **(Fourth Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Daniel F. Lippmann, Esq., counsel for Defendant, JONATHAN RISSE-SANTOS, that the sentencing presently scheduled for November 1, 2022, be vacated and continued to a time convenient to the Court but no sooner than 1 week.

This Stipulation is entered into for the following reasons:

1. Sentencing is currently scheduled for Nov 1, 2022. Counsel for Defendant will be starting a week-long jury trial in the 8th Judicial District Court on October 31, 2022.
2. Mr. Risse-Santos is in custody and does not object to this continuance.
3. Furthermore, denial of this request for continuance could result in a miscarriage of justice.
4. The parties agree to the continuance.

///

///

Page 1

5. This is the Fourth request for a continuance.

DATED this 25th day of October, 2022

| | |
|---|---|
| s/Supriya Prasad | s/Daniel F. Lippmann |
| SUPRIYA PRASAD, ESQ. | DANIEL F. LIPPMANN, ESQ. |
| Assistant United States Attorney | Nevada Bar No. 11636 |
| | *Attorney for Defendant* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) DOCKET NO: 2:22-CR-00031-APG-BNW |
| | ) **ORDER** |
| JONATHAN RISSE-SANTOS, | ) |
| Defendant. | ) |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on November 1, 2022, be vacated and continued to November 8, 2022 at the hour of 9:00 a.m. in Las Vegas Courtroom 6C.

DATED this 27th day of October, 2022.

_____
District Judge Andrew P. Gordon