JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JONATHAN ROBERT RISSE-SANTOS,<br><br>  Defendant. | Case No. 2:22-cr-00031-APG-BNW<br><br>**Stipulation to Continue Sentencing (Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Daniel Lippmann, Esq., counsel for Jonathan Risse-Santos, that the Sentencing Hearing currently scheduled for November 8, 2022 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no less than 30 days.

The Stipulation is entered into for the following reasons:

1. On November 5, 2022, defense counsel filed a sentencing memorandum, which included an expert report.

2. Upon review of the sentencing memorandum, the government requested discovery materials that forms the bases and reasons for the expert's opinions. These discovery materials include reports, raw testing data, scoresheets, worksheets, notes, protocols, test

question materials, any result summaries and interpretative reports, recordings of interviews/testing, and underlying facts and data supporting the expert's opinion, including recordings and notes of Risse-Santos' interview.

3. The defense has agreed to provide this discovery material.

4. The government therefore needs additional time to receive the discovery material from the defense, to prepare for sentencing, and, if necessary, acquire a rebuttal witness.

5. The defendant is incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

This is the fifth stipulation to continue filed herein.

DATED this 7th day of November 2022.

JASON M. FRIERSON
United States Attorney

By /s/ *Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

By /s/ *Daniel Lippmann*  
DANIEL LIPPMANN  
Counsel for Jonathan Risse-Santos

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN ROBERT RISSE-SANTOS,

    Defendant.

Case No. 2:22-cr-00031-APG-BNW

**Stipulation to Continue Sentencing (Fifth Request)**

IT IS ORDERED that the requested discovery materials be produced to the government no later than November 14, 2022.

IT IS ORDERED that the sentencing hearing currently scheduled for November 8, 2022 at 9:00 a.m. be vacated and continued to December 12, 2022 at the hour of 9:30 a.m. in Courtroom 6C.

Dated this 7th day of November 2022.

_____
UNITED STATES DISTRICT JUDGE